AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN     DISTRICT OF     TEXAS

UNITED STATES OF AMERICA
V.
TREJO-Quintero, Miguel Angel, YOB: 1993, MX

United States District Court
Southern District of Texas
FILED

FEB 1 2 2015

Clerk of Court

**CRIMINAL COMPLAINT**

CASE NUMBER: M-15-0210-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 11, 2015__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with the Intent to Distribute approximately 352.12 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 352.12 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes ___ No

Approved
Joseph Leonard

Signature of Complainant
Roque Vela, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

February 12, 2015     At     McAllen, Texas
Date                                                        City and State

Dorina Ramos, U.S. Magistrate Judge
Name & Title of Judicial Officer                                Signature of Judicial Officer

# ATTACHMENT

On February 11, 2015 at approximately 8:00 a.m., US Border Patrol Agents Armando Vilano, and Michael T. Bedoya received information that a maroon Chevrolet Silverado, Bering license plates BN9-7593 would be attempting to load narcotics south of Donna, Texas area. Agents proceeded to the location and observed the said vehicle parked on the bank of the Rio Grande River. A male subject wearing a grey and blue stripe shirt over light blue jeans was observed exiting the pickup truck and walked towards the fields to blend in with the local field workers. Intel Agents proceeded to take pictures of the individual to better identify him.

Agents approached the local rancher about the vehicle and the rancher confirmed that the truck did not belong in the area. Agents were also able to observe a subject in a tree on the Mexican side of the river bank south of the pickups location. The subject looked to be scouting for Border Patrol units.

Agents proceeded to set up north of the levee to wait for the truck to come north. At around 12:30 p.m., the vehicle was observed traveling north from the river very slow. The vehicle looked heavily laden from the rear end. Agents relayed the traffic through service radios to the marked Border Patrol Units standing by. Agent Jose Galvan, and Altemo Castillo moved in to make contact with the vehicle. Before the marked units could make it south to the vehicle's location, the subject exited the vehicle near some field's workers, put a hat on and proceeded to pretend to be working. Agents Galvan and Castillo approached the pickup truck and observed several bundles inside the cab of the pickup truck as well as in the bed covered by a board. The subject later identified as TREJO-Quintero, Miguel Angel, was taken into custody by Border Patrol Agents Galvan after Intel Agent's Vilano, and Bedoya were able to identify TREJO. A total of 18 bundles of marijuana were recovered with a bulk weight of 352.12 kg (776 lbs).

On the same date, TFAs Roque Vela, Hector Mendez and Cosme Muniz made contact with TREJO at the Weslaco US Border Patrol Station. TFA Muniz advised Trejo in Spanish of his Miranda right. TREJO stated that he understood them and

waived them. TREJO stated that he knew what he was transporting and was going to be paid $800 US dollars. TREJO also stated that an unknown male subject contacted him on his cellular phone and asked TREJO if he wanted to make some money, transporting marijuana. TREJO in needed of money agreed to transport the marijuana to an unknown location. TREJO then said that he does not know who called him. TREJO then stated that he had no other information to provide to the Agents. The interview was terminated.